IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| HERMENIA PERKINS-BROWN, ) <br> VONETTA HARRIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> TRI COUNTY ELECTRIC COOPERATIVE, ) <br> ) <br> Defendant. ) <br> _____ ) | C.A. No. 3:06-3512-CMC-JRM <br><br> OPINION AND ORDER <br> ON MOTION FOR <br> SUMMARY JUDGMENT |

This matter is before the court for review of the Report and Recommendation ("Report") entered on October 1, 2008. For the reasons set forth below, the Report is adopted and Defendant's motion for summary judgment is granted in full.

**STANDARD**

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

**DISCUSSION**

Through this action, Plaintiffs seek recovery under Title VII of the Civil Rights Act of 1964 for alleged racial discrimination. Specifically, they allege that they were paid less than Caucasian employees and that they were subjected to a racially hostile work environment. The Report summarizes the relevant evidence, explaining why it is inadequate to support either aspect of Plaintiffs' discrimination claim.

No objection has been filed despite passage of the time allowed for such objection. This court has, therefore, reviewed the Report for clear error. Having found no such error, this court adopts the Report in full.

**CONCLUSION**

For the reasons set forth above, the Report and Recommendation is adopted and Defendant's motion for summary judgment is granted in full. The Clerk of Court is directed to enter judgment in Defendant's favor.

IT IS SO ORDERED.

S/ Cameron McGowan Currie<br>CAMERON MCGOWAN CURRIE<br>UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 21, 2008